# Court of Appeals
# of the State of Georgia

ATLANTA,   September 04, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0028. MITCHELL SMITH v. THE STATE.**

Following his criminal conviction, Mitchell Smith filed a pro se "Motion to Cure a Substantive-Void Merger Violation." The trial court denied the motion on April 17, 2015, and Mitchell filed both an application for discretionary appeal and a direct appeal.[1] The application was denied on the merits. See Case Number A15D0410, decided June 3, 2015. We have before us the direct appeal.

"It is axiomatic that the same issue cannot be relitigated *ad infinitum*. The same is true of appeals of the same issue on the same grounds." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000); see also *Jordan v. State*, 253 Ga. App. 510, 511 (2) (559 SE2d 528) (2002). Our rulings in the prior application acts as res judicata. See *Hook v. Bergen*, 286 Ga. App. 258,  261 (1) (649 SE2d 313) (2007). Thus, Smith is estopped from seeking further judicial review on these issues. See id; see also *Ross v. State*, 310 Ga. App. 326, 328 (713 SE2d 438) (2011) (law of the case rule bars successive void sentence appeals). Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,   09/04/2015
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] Mitchell filed his direct appeal with the Supreme Court, which transferred the matter to this Court.